# ATTENTION

**EXHIBIT 3**

I was relieved of my duties at Richmond Auto Auction of Virginia, INC for:

1. Disclosing fraudulent and inaccurate charges and fees applied to customer and client accounts for keys, batteries, repairs and lot damage.

2. Requeseting unpaid wages.

3. Requesting agreed hourly rate

4. Requesting training

5. Mark Motley has returned no emails, texts or phone calls prior to or after my termination despite the numerous requests to resolve issues internally regarding unfair compensation, discrimination and unpaid wages.

**Due to this, I am at jeopary of loosing my home and assets due to non-employment and I ask that you please do one of the 3 BELOW:**

1. Temporarily boycott Richmond Auto Auction and request that he devote time to resolve this matter and any other employee related matters.

2. Send employment offer leads that you may have or may know of to:

EMRJ00@ICLOUD.COM

3. Text or call 208-231-7340 for instructions with how to donate DIRECTLY to a verrified fundraiser with GO FUND ME to support this cause and any attorney(s) fee(s) associated with this matter.