UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**EXHIBIT 4**

| | |
|---|---|
| JUSTIN JONES | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:23CCV626 |
| | ) HONORABLE JUDGE H.L. |
| RICHMOND AUTO AUCTION OF | ) |
| VIRGINIA,INC | ) **NOTICE TO PRESERVE** |
|     DEFENDANT, | ) **EVIDENCE** |
| | ) |

PLEASE TAKE NOTICE; You have been listed as a witness to the Civil Action **3:23CCV626**. Please preserve any and all information relevant to this matter. Please take further note that, you will be Subpoenaed to testify at a Deposition Hearing at the earliest date made available.

Date 10/0/2023

Justin Jones pro se, Attorney for Counsel

804-263-3773