# CIVIL NON-JURY TRIAL OR MOTION HEARING:

**MINUTE SHEET**                                                                                   DATE:   OCTOBER 19, 2023

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br><br>JUSTIN L. JONES<br><br>v.<br><br>RICHMOND AUTO AUCTION OF VIRGINIA, INC. | Case No.   3:23CV626<br><br>Judge:   M. HANNAH LAUCK<br><br>Court Reporter:   RUTH LEVY, OCR |

MATTER COMES ON FOR:   ☐ BENCH TRIAL   ☒ MOTION HEARING   ☐ OTHER:

APPEARANCES:   Parties by ☐ with ☐ counsel      Pro Se ☒

MOTIONS BEFORE TRIAL: M. TO QUASH (ECF 3), M. FOR EXTENSION OF TIME (ECF 6), M. FOR SERVICE OF SUBPOENAS (ECF 7), AND EMERGENCY M. FOR TRO (ECF 9)

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:   PLAINTIFF(S) ☒   DEFENDANT(S) ☒   Court ☐

OPENING STATEMENTS MADE ☐            OPENING WAIVED ☐

PLAINTIFF(S) ADDUCED EVIDENCE ☐   RESTED ☐   MOTION ☐ _____

DEFENDANT(S) ADDUCED EVIDENCE ☐   RESTED ☐   MOTION ☐ _____

REBUTTAL EVIDENCE ADDUCED ☐         SUR-REBUTTAL EVIDENCE ADDUCED ☐

EVIDENCE CONCLUDED ☐         ARGUMENTS OF COUNSEL HEARD ☐

COURT FOUND IN FAVOR OF PLAINTIFF(S) ☐         MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ☐ _____

CLERK TO ENTER JUDGMENT ON DECISION ☐   TRIAL EXHIBITS ☐

ARGUMENTS HEARD FROM PLAINTIFF AND DEFENDANT. THE COURT DENIES THE EMERGENCY TRO (ECF 9). THE COURT GRANTS THE MOTION TO QUASH SUBPOENA (ECF 3). PLAINTIFF AGREES TO PRO SE MEDIATION. DEFENSE REQUESTED MEDIATION THE COURT REFERS CASE TO PRO SE MEDIATION. THE COURT DIRECTS THE PLAINTIFF TO FILE WITHIN 7 DAYS A NOTICE RE: WHAT IS FILED OR NOT FILED WITH THE EEOC. THE COURT DENIES AS MOOT THE M. FOR EXTENSION OF TIME (ECF 6), AMENDED COMPLAINT DUE 11/2/2023. THE COURT DENIES WITHOUT PREJUDICE THE M. FOR SERVICE OF SUBPOENAS (ECF 7) AND DIRECTS THE PARTIES TO DISCUSS HOW TO PROCEED RE: WHAT THEY ARE TRYING TO GET AND WHY WITH SUBPOENAS. PLAINTIFF WAS GRANTED IFP STATUS IN STATE COURT, THE COURT TO DETERMINE PLAINTIFF'S IFP STATUS. THE PLAINTIFF RECEIVED A COPY OF THE PRO SE HANDBOOK.

Counsel for Plaintiff(s):

*PRO SE*

_____

Counsel for Defendants:

BLACKWELL SHELLEY, ESQ.

   SET:   10:00 AM      Began:   10:10 AM      ENDED :   11:03 AM      TIME IN COURT:   53 MINUTES