UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



| | |
|---|---|
| JUSTIN JONES | ) |
|     PLAINTIFF, | ) CIVIL ACTION NO. 3:23CCV626 |
| | ) |
| vs. | ) HONORABLE JUDGE H.L. |
| | ) |
| RICHMOND AUTO AUCTION OF | ) **PLAINTIFF'S MOTION TO** |
| VIRGINIA,INC | ) **FILE AMENDED** |
|     DEFENDANT, | ) **COMPLAINT *IN CAMERA*** |
| | ) **AND TO ADD DEFENDANTS** |

NOW COMES the Plaintiff, Justin Jones proceeding *pro se*, who comes before the Courts and requests:

    A) To proceed *in camera* pursuant to Section 3730(b)(2) of the False Claims Act (FCA) ; as Plaintiff's amended complaint; to be filed separately from this motion, will seek remedy on behalf of the United States pursuant to 31 U.S.C. 3730 (b).

    B)    Plaintiff seeks permission from the Courts to add the following Defendant's to his amended complaint; to be filed separately from this motion:

- Charles Wyatt Carter

- Car-rac
- Motleys Auction & Realty Group (Henrico CO)
- Motleys Auction and Realty Group (Richmond CI)\
- Motleys Auctions, INC
- Motleys Real Estate Services
- Motleys Asset Disposition Group ( Richmond CI )
- Motleys Asset Disposition Group
- Free Markets CRE LLC
- Motleys Logistics Systems LLC
- Motleys Commercial Real Estate
- Rhino Air LLC
- SVN/Motleys ( Richmond CI )
- SPERRY VAN NESS/MOTLEY'S (HENRICO CO)
- FORTIS TRUSTEE FORECLOSURE SERVICE, LLC
- 1301 ROCKLAND LLC
- 2300 DEEPWATER TERMINAL ROAD LLC
- 2700 DEEPWATER TERMINAL LLC
- 3310 DEEPWATER TERMINAL LLC
- 3800 DEEP WATER TERMINAL LLC
- 4400 WEST BROAD LLC

**CERTIFICATE OF SERVICE**

On the 24th day of October, 2023, the foregoing

**MOTION TO FILE AMENDED COMPLAINT *IN CAMERA* AND TO ADD DEFENDANTS** was filed in person with the Clerk of Court.

*[signature]*

Justin Jones proceeding *pro se*

804-263-3773

k.a.management@icloud.com