UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ DIVISION

___Justin Jones___
Plaintiff(s),

v.

Civil Action Number: __3:23CCV626__

___Richmond Auto Auction of Virginia, Inc___
Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

Jones vs
RAA

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of ___RAA___.
(Title of Document)

___Justin Jones___
Name of Pro Se Party (Print or Type)

___[signature]___
Signature of Pro Se Party

Executed on: __10/24/2023__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)