


## United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: 3:23CCV626

Name: Justin Jones

Address: 13926 Hull ST. Rd
Midlothian VA 23112

Telephone Number: (804)263-3773

Email Address: K.A.management@icloud.com

The undersigned:
- ➢ Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- ➢ Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- ➢ Is responsible for immediately notifying the court in writing of any change of email address.
- ➢ Must be registered with PACER (www.pacer.gov).

Signature: /s/ Justin Jones    Date: 10/24/2023

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____    _____
(Judge's Signature)          (Date)