3:23 cv626

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
701 EAST BROAD STREET, SUITE 3000
RICHMOND, VIRGINIA 23219-3528

OFFICIAL BUSINESS

RICHMOND VA 230
5 OCT 2023 PM 5

quadient
FIRST-CLASS MAIL
IMI
$000.87
10/05/2023 ZIP 23219
043M31245627
US POSTAGE

U.S. MARSHAL

RETURN TO SENDER
NOT AT THIS ADDRESS

UNDELIVERABLE COMMERCIAL MAIL RECEIVING AGENCY
NO AUTHORIZATION TO RECEIVE MAIL
FOR THIS ADDRESS

NOV -1 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

-R-T-S- 569655328-1N

RETURN TO SENDER
10/23/23

RETURN TO SENDER
NOT AT THIS ADDR

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Justin L. Jones
13926 Hull Street Road #123
Midlothian, VA 23112

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JUSTIN L. JONES,**

      Plaintiff,

v.                                                                              Civil Action No. 3:23-cv-626

**RICHMOND AUTO AUCTION OF
VIRGINIA, INC., ,**

      Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On October 2, 2023, Defendant Richmond Auto Auction of Virginia, Inc. ("Defendant") filed a Notice of Removal of this action from the Circuit Court for the City of Richmond to this Court (the "Notice"). (ECF No. 1.) Defendant attached as Exhibit 3 to the Notice Plaintiff's Second Amended Complaint, noting that "Plaintiff has not yet effected service of process on the Defendant, but Plaintiff mailed a copy of the [Second Amended C]omplaint to Defendant's registered agent on or about September 22, 2023." (ECF No. 1, at 2.)

The Court has reviewed the Second Amended Complaint. (ECF No. 1-3.) The Complaint offends Federal Rule of Civil Procedure 8, which requires a short and plain statement of this Court's jurisdiction and Mr. Jones's claims for relief. It is ORDERED that, no later than November 1, 2023, Mr. Jones shall file an Amended Complaint, with a Ghostwriting Form attached, which outlines in simple and straightforward terms why Mr. Jones thinks he is entitled to relief and why the Court has jurisdiction over this case. *See* Fed. R. Civ. P. 8(a)(1) and (2).

The Amended Complaint SHALL COMPLY with the following directions:

1. At the very top of the amended pleading, Mr. Jones must place the following caption in all capital letters: "AMENDED COMPLAINT FOR CIVIL ACTION NUMBER: 3:23-cv-626."

2. The first paragraph of the particularized amended complaint must contain a list of defendant(s). Thereafter, in the body of the particularized amended complaint, Mr. Jones must set forth legibly, in separately numbered paragraphs a short statement of the facts giving rise to his claims for relief. Thereafter, in separately captioned sections, Mr. Jones must clearly identify each federal or state law allegedly violated. Under each section, Mr. Jones must list each defendant purportedly liable under that legal theory and explain why he believes each defendant is liable to him. Such explanation should reference the specific numbered factual paragraphs in the body of the particularized amended complaint that support that assertion.

3. Mr. Jones shall also include the relief he requests – what in the law is called a "prayer for relief."

4. The particularized amended complaint must stand or fall on its own accord. Mr. Jones may not reference statements in the prior complaints.

5. The particularized amended complaint must omit any unnecessary incorporation of factual allegations for particular claims and any claim against any defendant that is not well-grounded in the law and fact. *See Sewraz v. Guice*, No. 3:08cv035, 2008 WL 3926443, at *2 (E.D. Va. Aug. 26, 2008).

Furthermore, upon due consideration of the Complaint and the record before the court, the Court concludes that Plaintiff Justin L. Jones is proceeding *pro se* but has failed to submit the written certification pursuant to Local Civil Rule 83.1(N)(2). Local Civil Rule 83.1(N)(2) provides:

> (2) All litigants who are proceeding *pro se* shall certify in writing and under penalty of perjury that his or her pleadings or other filings have not been prepared

by, or with the aid of, an attorney or shall identify any attorney who has prepared, or assisted in preparing, the document.

Eastern District of Virginia Local Civil Rule 83.1(N).

Mr. Jones is ADMONISHED that as long as he continues to proceed *pro se* in this matter, he must provide an accompanying certification for all future filings in this case.

The Clerk is DIRECTED to send a copy of a Ghostwriting Form to Mr. Jones's address of record along with this Order.

The Clerk is DIRECTED to send a copy of this Order to any counsel of record.

It is SO ORDERED.

Date: 10/04/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
____Richmond____ DIVISION

_____
                Plaintiff(s),

v.                                                          Civil Action Number: _____

_____
                Defendant(s).

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of**_____.
                                                                                             **(Title of Document)**

_____
Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)