United States District Court
Eastern District of Virginia
Richmond Division


FILED NOV - 2 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Justin Jones
vs

Civil Action No:
3:23CCV626

Richmond AAO
Auction of Virginia, INC

Honorable Judge H.L.

Motion for Extension of Time

## Motion for Extension

1) Plaintiff requests Extension to file amended Complaint.

2) Plaintiff Seeks Permission to file Complaint on 11/6/2023.

Page 1

3) Plaintiff Requests more time because of the complexity of the case; and the allegations. Plaintiff needs to provide redacted complaint, and Regular Complaint.

4) Plaintiff has spoken to officals on behalf of U.S, and seeks to file Complaint after speaking w/ a agency Re: Qui tam complaints.

Justin Jones pro se
13926 Hull St. Rd
Midlothian VA 23112
(804)263-3773

Page 2