UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
__RICHMOND__ DIVISION

__Justin Jones__
Plaintiff(s),

v.

Civil Action Number: __3:23CCV626__

__Richmond Auto Auction of__
Defendant(s). __Virginia INC__

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Jones vs RAA__.
(Title of Document)

__Justin Jones__
Name of *Pro Se* Party (Print or Type)

__[signature]__
Signature of *Pro Se* Party

Executed on: __11/2/2023__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)