UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



| | |
|---|---|
| JUSTIN JONES | ) |
| | ) |
| PLAINTIFF, | ) |
| vs | ) |
| MARK MOTLEY, THOMAS E. HALL, | ) |
| DANIEL DUNIVAN, DANIEL LEMONDS, | ) CIVIL ACTION NO. 3:23CCV626 |
| JOHN DOE AKA 'OFFICER FAULTZ' | ) HONORABLE JUDGE H.L. |
| CHARLES WYATT CARTER, CARSON | ) |
| MOTLEY, ALEXIS TOMPKINS | ) **PLAINTIFFS LIST OF** |
| RICHMOND AUTO AUCTION OF VIRGINIA | ) **DEFENDANTS** |
| INC, CAR-RAC, MOTLEY'S AUCTION & | ) |
| REALTY GROUP (HENRICO CO), MOTLEY'S | ) |
| AUCTION AND REALTY GROUP (RICHMOND | ) |
| CI), MOTLEY'S AUCTIONS, INC., MOTLEY'S | ) |
| REAL ESTATE SERVICES, MOTLEY'S ASSET | ) |
| DISPOSITION GROUP, MOTLEY'S ASSET | ) |
| DISPOSITION GROUP (RICHMOND CI), FREE | ) |

| | |
|---|---|
| MARKETS CRE LLC, MOTLEY'S LOGISTIC | ) |
| SYSTEMS, LLC, MOTLEY'S COMMERCIAL | ) |
| REAL ESTATE, RHINO AIR, LLC, SVN/ | ) |
| MOTLEYS (RICHMOND CI), SPERRY | ) |
| VAN NESS/MOTLEY'S (HENRICO CO), | ) |
| FORTIS TRUSTEE FORECLOSURE | ) |
| SERVICE, LLC, 1301 ROCKLAND LLC, | ) |
| 2300 DEEPWATER TERMINAL ROAD, LLC, | ) |
| 2700 DEEPWATER TERMINAL LLC, | ) |
| 3310 DEEPWATER TERMINAL LLC, | ) |
| 3800 DEEP WATER TERMINAL, LLC, | ) |
| 4400 WEST BROAD, LLC, | ) |
| | ) |
| **JOINTLY AND SEVERALLY** | ) |
| DEFENDANT'S, | ) |

## PLAINTIFF'S LIST OF DEFENDANTS

On December 22, 2023 Order (*Document 36*) was entered and ORDERED for Plaintiff to supply the complete mailing address of all new Defendants to be served by the United State's Marshall Service.

**A)** **The following ( 7 ) Individual Defendants shall be served at 3600 Deepwater**

**Terminal Road Richmond VA 23234:**

1. Mark T. Motley          3600 Deepwater Terminal Road Richmond VA 23234

2. Thomas E. Hall          3600 Deepwater Terminal Road Richmond VA 23234

3. Charles Wyatt Carter    3600 Deepwater Terminal Road Richmond VA 23234

4. Alexis Tompkins         3600 Deepwater Terminal Road Richmond Va 23234

5. Carson Motley           3600 Deepwater Terminal Road Richmond VA 23234

6. Daniel Dunivan          3600 Deepwater Terminal Road Richmond VA 23234

7. John Doe aka
   'Officer Foultz'        3600 Deepwater Terminal Road Richmond VA 23234

**B)     The following ( 1 ) Defendant shall be served at**

8. Daniel LeMonds          11313 Duncan Park Court Glen Allen Va 23060

**C )    The following Defendants (20 Entities) have the same Registered Agent of Blackwell Nixon Shelley Jr. and shall be served at 3 W Cary St, Richmond, VA, 23220**

1.   Car-Rac - R.A: Blackwell Nixon Shelley Jr.
2.   Motley's Auction & Realty Group ( Henrico CO ) - R.A: Blackwell Nixon Shelley Jr.
3.   Motley's Auction & Realty Group ( Richmond CI ) - R.A: Blackwell Nixon Shelley Jr.
4.   Motley's Auctions Inc -     R.A: Blackwell Nixon Shelley Jr.
5.   Motley's Real Estate Services - R.A: Blackwell Nixon Shelley Jr.
6.   Motley's Asset Disposition Group ( Richmond CI ) - R.A: Blackwell Nixon Shelley Jr.
7.   Motley's Asset Disposition Group - R.A: Blackwell Nixon Shelley Jr.

8. Free Markets CRE LLC - - R.A: Blackwell Nixon Shelley Jr.

9. Motley's Logistics Systems LLC - - R.A: Blackwell Nixon Shelley Jr.

10. Motley's Commercial Real Estate - - R.A: Blackwell Nixon Shelley Jr.

11. Rhino Air LLC - - R.A: Blackwell Nixon Shelley Jr.

12. SVN/Motley's ( Richmond CI ) - - R.A: Blackwell Nixon Shelley Jr.

13. Sperry Van Ness/Motley's ( Henrico CO ) - - R.A: Blackwell Nixon Shelley Jr.

14. Fortis Trustee Foreclosure Service LLC - - R.A: Blackwell Nixon Shelley Jr.

15. 1301 Rockland LLC - - R.A: Blackwell Nixon Shelley Jr.

16. 2300 Deepwater Terminal Road LLC - R.A: Blackwell Nixon Shelley Jr.

17. 2700 Deepwater Terminal Road LLC - R.A: Blackwell Nixon Shelley Jr.

18. 3310 Deepwater Terminal Road LLC - - R.A: Blackwell Nixon Shelley Jr.

19. 3800 Deepwater Terminal Road LLC - - R.A: Blackwell Nixon Shelley Jr.

20. 4400 West Broad LLC - - R.A: Blackwell Nixon Shelley Jr.

*[signature] 12/27/2023*

Filed, & Mailed to Counsel on file:

3 W Cary ST. Richmond VA 23220