UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION



| | |
|---|---|
| JUSTIN JONES | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs | ) |
| MARK MOTLEY, THOMAS E. HALL, | ) |
| DANIEL DUNIVAN, DANIEL LEMONDS, | ) CIVIL ACTION NO. 3:23CCV626 |
| JOHN DOE AKA 'OFFICER FAULTZ' | ) HONORABLE JUDGE H.L. |
| CHARLES WYATT CARTER, CARSON | ) |
| MOTLEY, ALEXIS TOMPKINS | ) **PLAINTIFF'S MOTION** |
| RICHMOND AUTO AUCTION OF VIRGINIA | ) **TO WITHDRAW A** |
| INC, CAR-RAC, MOTLEY'S AUCTION & | ) **PLEADING** |
| REALTY GROUP (HENRICO CO), MOTLEY'S | ) |
| AUCTION AND REALTY GROUP (RICHMOND | ) |
| CI), MOTLEY'S AUCTIONS, INC., MOTLEY'S | ) |
| REAL ESTATE SERVICES, MOTLEY'S ASSET | ) |
| DISPOSITION GROUP, MOTLEY'S ASSET | ) |
| DISPOSITION GROUP (RICHMOND CI), FREE | ) |

| | |
|---|---|
| MARKETS CRE LLC, MOTLEY'S LOGISTIC | ) |
| SYSTEMS, LLC, MOTLEY'S COMMERCIAL | ) |
| REAL ESTATE, RHINO AIR, LLC, SVN/ | ) |
| MOTLEYS (RICHMOND CI), SPERRY | ) |
| VAN NESS/MOTLEY'S (HENRICO CO), | ) |
| FORTIS TRUSTEE FORECLOSURE | ) |
| SERVICE, LLC, 1301 ROCKLAND LLC, | ) |
| 2300 DEEPWATER TERMINAL ROAD, LLC, | ) |
| 2700 DEEPWATER TERMINAL LLC, | ) |
| 3310 DEEPWATER TERMINAL LLC, | ) |
| 3800 DEEP WATER TERMINAL, LLC, | ) |
| 4400 WEST BROAD, LLC, | ) |
| | ) |
| **JOINTLY AND SEVERALLY** | ) |
| DEFENDANT'S, | ) |

I Justin Jones declare the following statements true under penalty of perjury:

### PLAINTIFF'S MOTION TO WITHDRAW PLEADING

On 1/8/2023, before receiving notification of an update in this action, Plaintiff filed a motion to disqualify. **<u>Plaintiff wishes to withdraw the pleading</u>** to disqualify counsel.

_____

Justin Jones

13926 Hull Street Road

Midlothian Va 23112

804-263-3773

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing:

_Motion to withdraw pleading_

was hand-delivered or served by first class mail on the _9th_ day of _January_ 20 _24_ to the following:

_Motion to withdraw_
_3 w Cary ST_
_Richmond VA_
_23220_

_____[sign]
_Justin Jones_ [print]

Address:
_13824 Hull ST. Rd_
_Midlothian VA 23112_

Telephone:
_804 243 3773_